# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NO. 2:12-CV-01244-MSG

| | | |
|---|---|---|
| ANGELINE MONTGOMERY | ) | DEPOSITION UPON |
| | ) | |
| | ) | ORAL EXAMINATION |
| Plaintiff, | ) | |
| | ) | OF |
| - vs - | ) | |
| | ) | ANGELINE MONTGOMERY |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; MIDLAND FUNDING, LLC; | ) | |
| AND BURTON NEIL & ASSOCIATES, | ) | |
| P.C. | ) | |
| | ) | |
| Defendants. | ) | |

- - - - - - - - - - - - - - -

        TRANSCRIPT OF DEPOSITION, taken by and
before KIMBERLY WENDT, Certified Professional
Reporter and Notary Public, at the offices of
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, 2000
Market Street, 23rd Floor, Philadelphia,
Pennsylvania, on Thursday, February 28, 2013,
commencing at 10:30 a.m.

ERSA COURT REPORTERS
United Plaza - Suite 1520
30 South 17th Street
Philadelphia, Pennsylvania 19103
(215) 564-1233

ANGELINE MONTGOMERY

```
 1   A.           Say that again?

 2   Q.           What made you believe that Midland was

 3   hired to collect a debt, related to a Capital One

 4   account?

 5   A.           I cannot say yes or no to that, because I

 6   don't know.  Maybe they bought the thing from

 7   Capital One, but I don't know.

 8   Q.           Okay.  Back to Montgomery-3, which is the

 9   check, have you ever seen this document before?

10   A.           No.  This is my first time, or -- my first

11   time seeing it.

12   Q.           Can you --

13                          MS. NOVAK:  I want to make sure

14                we're talking about the same thing.  Maybe

15                not this particular photocopy, but what

16                he's showing you, have you seen

17                Montgomery-3 previously.

18                          THE WITNESS:  Oh, yes.

19   BY MR. METCHO:

20   Q.           You've seen the check issued by Capital

21   One in the past, that particular check?

22   A.           This photocopied check?

23   Q.           Yes.

24   A.           Yes.
```

ANGELINE MONTGOMERY

```
1    Q.        When have you seen that?

2    A.        I saw it yesterday.

3    Q.        Prior to yesterday, have you ever seen it?

4    A.        No.

5    Q.        Okay.  Ms. Montgomery, can you tell me who

6    issued that check?

7    A.        I believe it's Capital One.

8    Q.        And who is the check made out to?

9    A.        Angeline Montgomery.

10   Q.        Is the name spelled differently than you

11   would spell your name?

12   A.        No.

13   Q.        And what is the date on the check?

14   A.        October 31, 2007.

15   Q.        How much is the check made out for?

16   A.        $10,000.00.

17   Q.        And who was the check issued by?

18   A.        Stephen something.  Linekon (sp)?

19   Q.        Bottom, left corner?

20   A.        Yes.  I'm looking at it now.  Stephen,

21   right?

22   Q.        Okay.  That's fine.  We'll move onto the

23   next question.  Okay.  Looking at the second image

24   on Montgomery-3, whose signature appears at the top
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ANGELINE MONTGOMERY

```
 1    of the endorsement section?

 2    A.        It looks like Angeline Montgomery.

 3    Q.        Okay.  Is that your signature?

 4    A.        No, it is not.

 5    Q.        Do you know who signed your signature?

 6    A.        I do not.

 7    Q.        Do you know when it was signed?

 8    A.        I do not.

 9    Q.        Did you give anyone authorization to sign

10    this particular check?

11    A.        No.

12    Q.        Looking to the second line, do you

13    recognize that signature?

14    A.        No.

15    Q.        Can you read that signature?

16    A.        I cannot.

17    Q.        Okay.  Now, looking at the third line, can

18    you read those initials?

19    A.        I think -- I think it's DPS.

20    Q.        Do you know anyone with the initials DPS?

21    A.        No.

22    Q.        Do you know -- do you have any reason to

23    believe that someone would sign the letters DPS, or

24    do you know what -- do you have any reason to
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ANGELINE MONTGOMERY

1    believe that someone would sign the check DPS?

2    A.        No.

3    Q.        Do the initials DPS signify anything to

4    you?

5    A.        No.

6    Q.        So to go back, you did not endorse the

7    check?

8    A.        I did not, no.

9    Q.        Did you provide anyone with any

10   authorization to endorse the check?

11   A.        No.

12   Q.        Okay.  In 2007, did you have any bank

13   accounts with Commerce Bank?

14   A.        Commerce?  They have changed the name?  I

15   cannot remember what I have had at times in

16   different banks, and the banks' name have been

17   changed.

18   Q.        What banks have you used since 2007?

19   A.        I cannot remember the banks that I used in

20   that year, but I know I had -- I have always dealt

21   with Citibank, and I have dealt with other banks,

22   but I can't remember.  Wachovia and even Wells

23   Fargo, I've dealt with all of them, but they have

24   all changed the name, so I don't know.

ANGELINE MONTGOMERY

```
 1   Q.        Did you deposit the check into a checking

 2   account at any point?

 3   A.        Do I deposit?

 4   Q.        This particular check.

 5   A.        No.

 6   Q.        Did you ever spend any of the proceeds of

 7   that particular check?

 8   A.        No.

 9   Q.        Did you ever submit an application with

10   Capital One?

11   A.        No.

12   Q.        Did you ever make any payment toward this

13   particular --

14   A.        No.  It was not mine, so I couldn't do

15   that.

16   Q.        Okay.  I'd like you to turn back to the

17   Complaint -- and if you would like to keep that in

18   front of you, what I'm going to do is reference

19   documents through the Complaint.  If you could turn

20   to paragraph eight of the Complaint, now can you

21   please explain to me your assertion that this

22   particular debt obligation arose from transactions

23   that were for your personal, family, or household

24   use?
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ANGELINE MONTGOMERY

```
 1                     MS. NOVAK:  Objection as to

 2           form.

 3   BY MR. METCHO:

 4   Q.        Did you use this debt -- did you use the

 5   proceeds from this check for any personal reasons?

 6   A.        No.

 7   Q.        Did you use the proceeds from this check

 8   for any family reasons?

 9   A.        No.

10                     MS. NOVAK:  Objection.

11                     THE WITNESS:  No.  I did not

12           take the check, so I couldn't use it.

13   BY MR. METCHO:

14   Q.        So it's safe to say you didn't use the

15   proceeds for any household purposes then?

16   A.        No.

17   Q.        Okay.  Ms. Montgomery, you had stated

18   earlier that you were the victim of identity theft?

19   A.        Yes.

20   Q.        What makes you make that assertion?

21   A.        Because someone already -- someone went

22   and took my Social Security -- okay, my Social

23   Security and went and got some money from Capital

24   One that I did not know of, and the blame came to
```

ANGELINE MONTGOMERY

```
1    me.  I do not know who took it out.  I just suspect
2    somebody that took it out, that used my name, and it
3    was a theft.
4    Q.        When did you first recognize that you may
5    have been the victim of identity theft?
6    A.        Capital One call me and told me that --
7    the person, they have been writing me, but I didn't
8    pay any mind, because I'm sure I did not take any
9    money.  So then, they started calling me, and then
10   they wrote me an official letter saying how much was
11   this money, and blah, blah, blah, blah, blah.  Upon
12   that --
13   Q.        Ms. Montgomery, may I stop you.  Can you,
14   instead of saying --
15   A.        Okay.
16   Q.        I just want you to explain your side of
17   the story, that's all, in the most complete way
18   possible.
19   A.        So from the -- when Capital One wrote me
20   and told me that I have taken this money, and the
21   balance was due, I went straight to the police
22   station in the Northeast and reported it as someone
23   had used my Social Security and had gotten some
24   money.  They gave me a form.  They filled out a
```

ANGELINE MONTGOMERY

1    form, and told me I should go to the Northeast

2    Detectives in Philadelphia, the Northeast

3    Detectives.  I went straight there and gave them the

4    form from the police, and from there, Capital One

5    still was calling me every day and confusing me, and

6    that is that.

7    Q.        Did you ever dispute the debt with Capital

8    One?

9    A.        I told them, called them and told them.

10   Q.        When was the first time you called them

11   and told them you did not owe the debt?

12   A.        I cannot remember the right time, but when

13   they wrote me this letter, that's when -- and I made

14   a report -- I told them before that I did not owe

15   this, but I got serious when they sent me this

16   report, and that's when I had to go to the police

17   and the detectives.

18   Q.        When you first sent a dispute to Capital

19   One, how exactly did they respond?

20   A.        They sent -- they sent me some form to

21   fill in, and upon that, that's when I informed them

22   that I was not responsible.

23   Q.        Okay.  Ms. Montgomery, we discussed a

24   little bit about a police report, so what I would

ANGELINE MONTGOMERY

```
 1    and did this, and gave me this problem that I'm

 2    trying to solve.

 3    Q.        Okay.  Why do you have reason to believe

 4    that Jonathan J. Williams used the Capital One

 5    account?

 6    A.        Well, at first I really had no sense of

 7    who could have done this to me, but when they sent a

 8    letter to me with this address on it --

 9    Q.        Which address?

10    A.        This Blunston Avenue, Darby, Pennsylvania.

11    Q.        When did you receive a letter from Capital

12    One with that address?

13    A.        No, I did not -- they did not send me a

14    letter with that address, but I think something on

15    it with this address -- but I put this one only,

16    because this is where he lived, he lives.

17    Q.        How did you know that he lived there?

18    A.        I have been to the man house, because he

19    used to do my income tax.

20    Q.        Okay.

21    A.        And he had privilege to my -- all my

22    Social Security, and all -- and everything that

23    secret to me.  He knew all about it.

24    Q.        When did you first meet Mr. Williams?
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ANGELINE MONTGOMERY

1    letter?

2    A.         I'm sorry.  This is the address that made

3    me know that it was Jonathan Williams.  And then,

4    when Capital One wanted to collect this money, they

5    sent that type of letter to Kirkwood Road.

6    Q.         What type of letter to Kirkwood Road?

7    A.         These ordinary letters.

8    Q.         So why is 224 Blunston Avenue listed on

9    this letter?

10   A.       I do not know.  That -- I believe it was

11   the place that they send the check, and how could

12   Capital One send other letters with Kirkwood Road.

13   Q.         Well, if this letter was addressed to 224

14   Blunston Avenue in Darby -- and you never lived

15   there, correct?

16   A.         I never.

17   Q.         How did you get this letter?

18   A.         It was sent to Kirkwood Road.

19   Q.         There was an additional copy sent to

20   Kirkwood Road?

21   A.         It was the same letter, but on the

22   outside, it had Kirkwood Road.  On the envelope,

23   they had Kirkwood Road, and inside they had

24   Blunston.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ANGELINE MONTGOMERY

```
 1   me, Ms. Montgomery?

 2   A.        On or about August 5, 2011, plaintiff was

 3   forced to incur out of pocket expenses, in order to

 4   appear in court to defend herself against the

 5   lawsuit filed by defendants Midland and Burton Neil.

 6   Q.        Okay.  So tell me about what happened on

 7   August 5th?

 8   A.        August 5th, my husband had to leave --

 9   take off from work, to come with me to go to court.

10   Q.        Okay.  Why did you believe that you had to

11   go to court on August 5, 2011?

12   A.        That's what the -- the -- they requested

13   that I go to court August -- that day.

14   Q.        And in paragraph 20, you're stating that

15   you appeared in court to defend yourself?

16   A.        Yes.

17   Q.        Okay.  So tell me what happened in court

18   on August 5, 2011?

19   A.        My husband and I went to court.  We sat

20   down as usual, and --

21   Q.        Let me stop you for one second.  You said

22   as usual.  Have you been in court previously?

23   A.        If I -- no.

24   Q.        Okay.  Continue.  I'm sorry to interrupt
```

ANGELINE MONTGOMERY

```
1    you.
2    A.          We went to court -- well, everybody sits
3    down when they go to court.  That's why I said as
4    usual.
5    Q.          I'm sorry for interrupting.
6    A.          As usual.  And everybody looking at me, or
7    at me and my husband, and we stayed there for so
8    long, so many hours.  Then, I ask my husband they
9    did not call us.  We sign in and all.  We sign in
10   when we got there.
11   Q.          Where did you sign in?
12   A.          To the courthouse, on the -- what the
13   thing -- something they have there, when you go to
14   court, you have to sign in.
15   Q.          Did you sign anything that had your name
16   printed on it?
17   A.          No.  Every -- no.  No.
18   Q.          Okay.  Continue.  So you -- go ahead.
19   A.          When we stayed for a few hours, then I ask
20   my husband, but will they not call us?  He said
21   we'll wait, so we sat down again.  They still did
22   not call, so we decided to go to the man, the clerk
23   of court.  When we went to clerk of court, he told
24   us that Midland attorney was in court, and we should
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ANGELINE MONTGOMERY

1   go to him.

2   Q.        You were told that Midland's attorney was

3   in court.  Let me ask you this.  How did the clerk

4   know that you had been sued by Midland?

5   A.        Well, I should take my word back.  I don't

6   know if it was Midland that I told him about, but I

7   was sued, and he told me that this -- that they had

8   a representative there.

9   Q.        That Midland did?

10  A.        I cannot remember if it was Midland or

11  who, but this Midland that sue me, Burton and

12  Midland that sue me, they had a representative

13  there, and so that's when we went to him, and he

14  said --

15  Q.        Do you remember the individual's name?

16  A.        No.

17  Q.        Okay.  Continue, please?

18  A.        Yes.  So he told us that I -- I told my

19  name, and he said, oh, I'm sorry, but you can go

20  home.

21  Q.        And why --

22  A.        That's why --

23  Q.        Go on.  I'm sorry to interrupt you.  Why

24  did he tell you, you could go home?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

ANGELINE MONTGOMERY

1   A.        Because the case was withdrawn.  I had --

2   Q.        Why was the case withdrawn?

3   A.        They had looked into it, and they saw that

4   I was not the owner.  That's why he said the case

5   was withdrawn.  And it was then I got very, very

6   annoyed, and then I took them to an accountant -- an

7   attorney.

8   Q.        Okay.  Why were you annoyed at that point?

9   A.        Because why did they not investigate

10  before they sue me.  I had to -- I'm almost sick.

11  I'm disabled.  I had to leave my house, and my

12  husband had to leave a job.  For the same thing, I

13  had to get Citibank to verify every month, to go

14  through my -- to give me a report of my thing, all

15  the kind of thing that I just talked about that.

16  Q.        Well, why didn't you just provide Midland

17  with the appropriate documentation, when they

18  started the collection activity?

19  A.        That's what I'm saying, that Midland was

20  supposed to investigate.  They will just go around

21  and taking people information and sue them?

22  Q.        So it's your position that Midland

23  should've --

24  A.        Investigated.

ANGELINE MONTGOMERY

```
1              C E R T I F I C A T I O N

2

3         I, KIMBERLY WENDT, a Certified

4    Professional Reporter and Notary Public for the

5    Commonwealth of Pennsylvania, do hereby certify that

6    the foregoing is a true and accurate transcript of

7    the stenographic notes taken by me in the

8    aforementioned matter.

9

10                      - - -

11

12

13

14

15

16

17

18

19

20

21

22                        _____

23                        KIMBERLY WENDT

24
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES