## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELINE MONTGOMERY,

        Plaintiff,

    **vs.**

**MIDLAND CREDIT MANAGEMENT, INC.;  MIDLAND FUNDING, LLC; and BURTON NEIL & ASSOCIATES, P.C.,**

        Defendants.

**Civil Action No.**

**2:12-CV-01244-MSG**

---

**DAUBERT MOTION OF DEFENDANTS, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC AND BURTON NEIL & ASSOCIATES, P.C. TO PRECLUDE PLAINTIFF'S EXPERT,
DANIEL S. BERNHEIM**

Defendants, Midland Credit Management, Inc., Midland Funding, LLC and Burton Neil & Associates, LLC by and through their counsel, Marshall Dennehey Warner Coleman & Goggin, P.C., respectfully move to preclude the expert testimony of Daniel S. Bernheim from trial under Daubert v. Merrell Dow Pharms., Inc., 509 U.S. 579 (1993).

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By:   */s/ Ronald M. Metcho / rmm5150*
      RONALD M. METCHO, ESQUIRE
      ANDREW M. SCHWARTZ, ESQUIRE
      Attorneys for Defendants,
      Midland Credit Management, Inc.,
      Midland Funding, LLC and
      Burton Neil & Associates, P.C.

Dated: July 19, 2013